# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ray E. Tenney　　　　　　　　　　　　　　　　CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 23-21667 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
07 Mar 2025, 12:24:52, EST

Denise Carlon, Esq. (317226)　☐
Brent Lemon, Esq. (86478)　☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com