**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RAY E TENNEY

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:23-21667 GLT

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 08/07/2023  and confirmed on 09/12/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,377.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,377.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,513.36 | |
| Trustee Fee | 742.62 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,255.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 8,540.25 | 2,128.81 | 705.41 | 2,834.22 |
| Acct: 1536 | | | | |
| MIDFIRST BANK | 18,728.41 | 5,554.15 | 1,727.64 | 7,281.79 |
| Acct: 0742 | | | | |
| | | | | 10,116.01 |
| **Priority** | | | | |
| BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAY E TENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAY E TENNEY | 5.01 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BLEASDALE LAW OFFICE PC | 4,750.00 | 1,513.36 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.01 | 5.01 | 0.00 | 5.01 |
| Acct: XXXXXXXXXXXXXXXXX1667 | | | | |
| MIDFIRST BANK | 2,692.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0742 | | | | |

| 23-21667 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 5.01 |

Unsecured

| | | | | |
|---|---|---|---|---|
| DOUGLAS TENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD M SQUIRE & ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                    10,121.02

TOTAL CLAIMED
PRIORITY                  2,697.01
SECURED                 27,268.66
UNSECURED                    0.00

Date: 06/17/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com